# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1751. LAMB v. THE STATE.**

This appeal was docketed on May 8, 2015. Appellant's brief and enumeration of errors were required to be filed no later than May 28, 2015. See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court and failure to do so may result in dismissal of the appeal). As of July 7, 2015, Appellant still had not submitted a brief and enumeration of errors, nor had Appellant requested an extension. Accordingly, this appeal is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.

Because Appellant is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because of your counsel's failure to file a brief. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from the date of the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. If you no longer wish to appeal, you need not do anything else.

The Clerk of this Court is directed to send a copy of this order to Appellant, as well as to Appellant's attorney, who is also directed to send a copy to Appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____07/10/2015_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*